Submitted on remand from the Oregon Supreme Court August 15, 2005,
reversed and remanded January 4, 2006

## JOSEPH B. CASTILLO,
*Petitioner,*

*v.*

## BOARD OF PAROLE
## AND POST-PRISON SUPERVISION,
*Respondent.*

### A116935

125 P3d 1278

Peter A. Ozanne, Executive Director, and Daniel M. Carroll, Deputy Public Defender, Office of Public Defense Services, for petitioner.

Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General, and Robert B. Rocklin, Assistant Attorney General, for respondent.

Before Edmonds, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM.

Reversed and remanded. *V. L. Y. v. Board of Parole*, 338 Or 44, 106 P3d 145 (2005).